# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       John C Taylor       1609 Arnow Avenue       Bronx, NY 10469

ust       United States Trustee       33 Whitehall Street       21st Floor       New York, NY 10004

tr       Yann Geron       Fox Rothschild, LLP       100 Park Avenue       Suite 1500       New York, NY 10017

aty       David J. Babel       2525 Eastchester Road       Bronx, NY 10469

smg       New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205–0300

smg       United States Attorney       One St. Andrew's Plaza       Claims Unit – Room 417       New York, NY 10007–1701

smg       N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201–0551

smg       New York City Dept. Of Finance       345 Adams Street, 3rd Floor       Attn: Legal Affairs – Devora Cohn       Brooklyn, NY 11201–3719

5017208       AMERICAS SERVICING CO.       7485 NEW HORIZON WAY       FREDERICK, MD 21703

5017209       ATTUNIVERSAL CARD       PO BOX 44167       JACKSONVILLE, FL 32231

5017210       BANK OF AMERICA       PO BOX 15026       WILMINGTON, DE19886

5017211       BANK OF AMERICA       RETAIL LOAN SERVICES       P.O. BOX 2759       JACKSONVILLE, FL 32203

5017212       CAPITAL ONE BANK       P.O. BOX 85015       RICHMOND, VA 23285

5017213       CAPITAL ONE SERVICES       PO BOX 85015       RICHMOND, VA 23285

5017214       CHASE       PO BOX 15298       WILMINGTON, DE 19850

5017215       CHASE MANHATTAN BANK       900 STEWART AVENUE       GARDEN CITY, NY 11530

5017216       CITIBANK       PO BOX 6500       SIOUX FALLS, SD 57117

5017217       CITIBANK BANKRUPTCY       7920 NW 110TH STREET       KANSAS CITY, MO 64153

5017218       CONSOLIDATED RCVY GROUP       425 W 5TH AVE STE 103       ESCONDIDO, CA 92025

5017219       DEP/BCS CUSTOMER SERVICE       C.S. 739055       ELMHURST, NY 11373

5017220       DISCOVER FINANCIAL SERV.       ATTN: BANKRUPTCY DEPT.       PO BOX 8003       HILLIARD, OH 43026

5017221       IC SYSTEMS, INC.       444 HIGHWAY 96 EAST       PO BOX 64887       ST. PAUL, MN 55164

5017222       INNOVAIVE MERCHANT SOL.       CONSOLIDATED RECOVERY       425 W 5TH AVE;STE 103       ESCONDIDO, CA 92025

5017223       INNOVATIVE MERCHANTS SOLUTIONS       26520 AGOURA RD       CALABASAS, CA 91302

5017224       JP MORGANCHASELEGAL       1985 MARCUS AVENUE       NEW HYDE PARK, NY 11042

5017225       MACYS       9111 DUKE BLVD.       MASON, OH 45040

5017226       NYC DEPARTMENT OF FINANCE       25 ELM PLACE       3RD FLOOR       BROOKLYN, NY 11201

5017227       NYC DEPARTMENT OF FINANCE       LEGAL       345 ADAMS STREET       BROOKLYN, NY 11201

5017228       PILLAR PROCESSING, LLC       PO BOX 1035       BUFFALO, NY 14240

5017229       SALLIEMAE SERVICING       PO BOX 9500       WILKES–BARRE, PA 18773

5017230       SAXON MORTGAGE SERVICE       4708 MERCANTILE DR N       FORTHWORTH, TX 76137

5017231       STEVEN J. BAUM, P.C.       220 NORTHPOINTE PKWAY       SUITE G       AMHERST, NY 14228

5017232       STEVEN J. BAUM, P.C.       PO BOX 1291       BUFFALO, NY 14240

5017233       STEVEN J. BAUM, P.C.       PO BOX 1291       BUFFALO, NY 14240

TOTAL: 34